***UNITED STATES DISTRICT COURT***
***WESTERN DISTRICT OF MISSOURI***
***SOUTHERN DIVISION***

**MINUTE SHEET**

**UNITED STATES OF AMERICA** **Date: August 12, 2026**

**vs.** **Case No.: 26-03158-01-CR-MDH**

**JAMIE WILLIAM GRAY**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing: Initial Appearance – Indictment**
**Arraignment**
**Scheduling Conference**

**Time Commenced: 1:57 p.m.** **Time Terminated: 2:03 p.m.**

---

**APPEARANCES**

**Plaintiff: Patrick Carney, AUSA**
**Defendant: Ian Lewis, FPD**
**USPPTS: Hannah Jarrett**

---

**Proceedings: Parties appear as indicated above. Defendant appears in person.**

**Because Defendant has been arrested, Government orally requests to unseal the indictment. Court grants oral requests and orders that indictment/case be unsealed and processed in accordance with established procedure and law.**

**Defendant advised of rights. Defendant's oral Motion for Appointment of Counsel is granted. Counsel will be appointed by subsequent order.**

**Government does not move for detention. Defendant has read and agrees to abide by the *Appearance Bond* and *Order Setting Conditions of Release.***

**Defendant waives formal reading of the indictment and enters a plea of not guilty. A scheduling order setting forth discovery deadlines will be entered by the Court. Case will be placed on the next Joint Criminal Trial Docket. Rule 5f Order entered.**

**Defendant released on bond.**

---

**Courtroom Deputy/ERO: Karla Berziel**